UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LOCAL ACCESS LLC,**

      Plaintiff,

v.                                                     Case No: 6:23-mc-5-WWB-EJK

**PEERLESS NETWORK, INC.,**

      Defendant.

**ORDER**

This cause comes before the Court on Peerless Network, Inc.'s Motion to Compel Compliance with Third-Party Deposition Subpoena (the "Motion") (Docs. 1; S-10), filed February 17, 2023. The case was transferred from the Northern District of Texas on February 23, 2023. (Doc. 12.) Non-party, Flypsi, Inc. ("Flypsi"), filed its response in opposition to the Motion on March 6, 2023. (Doc. 25.) The Court heard oral argument on the Motion on March 21, 2023. (Doc. 36.)

For the reasons stated on the record at the hearing, it is **ORDERED** that the Motion (Docs. 1; S-10) is **GRANTED** as follows:

1. Flypsi is **DIRECTED** to prepare its 30(b)(6) witness, Mr. Peter Rinfret, to appear for a deposition to testify on the topics of examination listed on the Subpoena for a total of 5 hours of on-the-record time, at a mutually agreeable date.

2. Flypsi is **DIRECTED** to produce, **on or before March 31, 2023**, any responsive documents to the Narrowed Requests (Doc. 1-1 at 8) contained in the Subpoena, with the representation that Flypsi conducted a good faith search for documents and the fees invoiced were reasonably associated with the production of the documents. Peerless **SHALL** pay the cost of production of $10,000, **on or before March 31, 2023**. The March 31, 2023 deadline for both production and payment may be extended by mutual agreement of the parties.

3. Peerless's oral request for fees (Doc. 38) and Flypsi's requests for attorneys' fees contained in its response in opposition (Doc. 25) are **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on March 23, 2023.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE